1  Jane N. Kespradit, Esq. (SBN 270124) **LimNexus llp**
2  707 Wilshire Boulevard, 46th Floor
   Los Angeles, CA 90017
3  Tel: (213) 955-9500 | Fax: (213) 955-9511
4  Jane.Kespradit@LimNexus.com
5  Attorney for Defendant, Wal-Mart Associates, Inc.

6
7              UNITED STATES DISTRICT COURT
8        CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
9

| | |
|---|---|
| 10  FAIRLANE MAE FULAY JONES, | Case No. 5:22-CV-01771 SSS (SHKx) |
| 11         Plaintiff, | **STIPULATION TO DISMISS THIS ACTION WITH PREJUDICE** |
| 12  vs. | |
| 13  WALMART ASSOCIATES, INC., Delaware corporation and DOES 1 through 20, Inclusive, | [FED. R. CIV. P. 41(A)(1)(A)(ii)] |
| 14  | |
| 15  | |
| 16         Defendants. | Action Filed: October 8, 2021 |
| 17  | Trial Date:  February 12, 2024 |

18
19
20
21
22
23
24
25
26
27
28

Plaintiff Fairlane Mae Fulay Jones and Defendant Wal-Mart Associates, Inc. hereby stipulate, by and through their respective counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that the above-captioned action be dismissed in its entirety with prejudice, with each party to bear its own attorneys' fees and costs. No court order is required to effectuate this dismissal with prejudice.

**SO STIPULATED.**

Dated: September 6, 2023         LIMNEXUS LLP

By: /s/ Jane N. Kespradit
Jane N. Kespradit
Attorneys for Defendant Wal-Mart Associates, Inc.

Dated: September 6, 2023         Levin & Nalbandyan, LLP

By: /s/ Charlene Nercess
Charlene Nercess
Attorneys for Plaintiff Fairlane Mae Fulay Jones

E-FILING ATTESTATION

I, Jane N. Kespradit, hereby attest that the signatory identified above and on whose behalf the filing is submitted, has concurred in the filing's content and has authorized this filing.

By: /s/ Jane N. Kespradit
Jane N. Kespradit